HANCOY HOLDING COMPANY, a corporation organized and doing business under the laws of the State of Florida, *Appellant,* vs. S. GLENN LAMBRIGHT, also known as GLENN LAMBRIGHT, *Appellee.*

Opinion filed April 6, 1931.

130

*Price, Price, Kehoe & Kassewitz,* for appellant;
*Kurtz & Reed,* for Appellee.

132

134

136

138

PER CURIAM:—The record in this cause having been considered by this Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the decree of the court below should be, and the same is hereby, affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.